## VERIFIED RETURN OF SERVICE

Job # MIA10619

**Client Info:**

FairLaw Firm
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>KIMBERLY TURNER<br>-versus-<br>**DEFENDANT:**<br>JAY LAKSHMI, INC., D/B/A EZ FOOD; ET AL. | U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA<br>Court Division: TAMPA DIVISION<br><br>Court Case # **8:23-cv-01334-VMC-CPT** |

**Service Info:**

**Received by Stephen Farr: on July, 13th 2023** at **12:54 PM**
**Service:** I Served **Kishankumar G. Chudgar**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Vaishali Chudgar, SPOUSE CO-RESIDENT**

**At Residence 9003 THOMASVILLE DR. WINTER HAVEN, FL 33884**
Latitude: **27.973883**,   Longitude: **-81.638430**

On **7/14/2023** at **07:42 PM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

**Served Description:  (Approx)**

Age: **60**, Sex: **Female**, Race: **Indian**, Height: **5' 8"**, Weight: **160**, Hair: **Black** Glasses: **No**

**Military Status:**

**Military Status = No**

**Marital Status:**

Inquired if subject was married and was informed subject was married.

I **Stephen Farr** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_signature_

**Stephen Farr**
Lic # **CA 967**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # 8:23-CV-01334
Ref # 62506

 

1 of 1

**DATE: 7/14/2023 TIME: 07:42 PM**
**MILITARY: No**
**MARITAL STATUS: Yes**

UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:23-cv-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A
EZ FOOD, KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR, AND KEVIN
CHUDGAR,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    Kishankumar G. Chudgar
        9003 Thomasville Dr.
        Winter Haven, FL 33884

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com