UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR, AND
KEVIN CHUDGAR,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, KEVIN CHUDGAR**

Plaintiff, Kimberly Turner files the Return of Service on Defendant, KEVIN CHUDGAR (served on July 14, 2023).

Dated this 25th day of July 2023.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:   305.230.4884
                                          *Counsel for Plaintiff*