## VERIFIED RETURN OF SERVICE

Job # MIA10620

**Client Info:**

FairLaw Firm
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

**PLAINTIFF:**
KIMBERLY TURNER
 -versus-
**DEFENDANT:**
JAY LAKSHMI, INC., D/B/A EZ FOOD; ET AL.

U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA
Court Division: TAMPA DIVISION

Court Case # **8:23-cv-01334-VMC-CPT**

**Service Info:**

**Received by Stephen Farr: on July, 13th 2023** at **12:59 PM**
**Service:** I Served **Kevin Chudgar, LLC c/o Kevin Chudgar, its Registered Agent**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Vaishali Chudgar, MOTHER / CO-RESIDENT**

**At Residence 9003 THOMASVILLE DR. WINTER HAVEN, FL 33884**
Latitude: **27.973883**,   Longitude: **-81.638430**

On **7/14/2023** at **07:43 PM**
**Manner of Service: CORPORATE AT RESIDENCE**
SERVICE WAS COMPLETED IN ACCORDANCE TO 48.081(B) IF THE ADDRESS FOR THE REGISTERED AGENT, OFFICER, DIRECTOR, OR PRINCIPAL PLACE OF BUSINESS IS A RESIDENCE, A PRIVATE MAILBOX, A VIRTUAL OFFICE, OR AN EXECUTIVE OFFICE OR MINI SUITE, SERVICE ON THE CORPORATION MAY BE MADE BY SERVING THE REGISTERED AGENT, OFFICER, OR DIRECTOR IN ACCORDANCE WITH S. 48.031.

**Served Description:  (Approx)**

Age: **60**, Sex: **Female**, Race: **Indian**, Height: **5' 8"**, Weight: **160**, Hair: **Black** Glasses:  **No**

I **Stephen Farr** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Stephen Farr**
Lic # **CA 967**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # 8:23-CV-01334
Ref # 62507




1 of 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:23-cv-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A
EZ FOOD, KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR, AND KEVIN
CHUDGAR,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    KEVIN CHUDGAR, LLC
        c/o KEVIN CHUDGAR, its Registered Agent
        9003 Thomasville Drive
        Winter Haven, FL 33884

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com