UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

      Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KISHANKUMAR G. CHUDGAR, AND
KEVIN CHUDGAR,

      Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, JAY LAKSHMI INC.**

     Plaintiff, Kimberly Turner files the Return of Service on Defendant, JAY LAKSHMI INC. (served on July 14, 2023).

     Dated this 25th day of July 2023.

                               s/Brian H. Pollock, Esq.
                               Brian H. Pollock, Esq.
                               Fla. Bar No. 174742
                               brian@fairlawattorney.com
                               FAIRLAW FIRM
                               135 San Lorenzo Avenue
                               Suite 770
                               Coral Gables, FL 33146
                               Tel:    305.230.4884
                               *Counsel for Plaintiff*