UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A
EZ FOOD, KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR,
AND KEVIN CHUDGAR,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

Daniel R. Levine, Esquire, and the firm of Padula Bennardo Levine, LLP, hereby serve this notice of appearance as counsel for Defendants and request the Clerk of the above-styled Court enter same, and further request that copies of all future pleadings, notices, correspondence and other papers and filings in this cause be directed to the undersigned attorney.

|  |  |
|---|---|
| Dated:  July 31, 2023<br>          Boca Raton, FL | Respectfully submitted,<br><br>**Daniel R. Levine**<br>DANIEL R. LEVINE, ESQ.<br>Florida Bar No. 0057861<br>E-Mail:  DRL@PBL-Law.com<br>ALEX B.C. ERSHOCK, ESQ.<br>Florida Bar No. 100220<br>E-Mail:  ABE@PBL-Law.com<br>PADULA BENNARDO LEVINE, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL   33431<br>Telephone:   (561) 544-8900<br>Attorneys for Defendants |