UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A
EZ FOOD, KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR,
AND KEVIN CHUDGAR,

    Defendants.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Defendants, JAY LAKSHMI INC. d/b/a EZ FOOD, KEVIN CHUDGAR, LLC, KISHANKUMAR G. CHUDGAR, and KEVIN CHUDGAR, by and through their undersigned counsel and pursuant to Middle District of Florida Local Rule 2.02(a), hereby notify the Court and all Counsel of Record of Daniel R. Levine's designation as Lead Counsel for Defendants in this action.

Daniel R. Levine, Esquire, is registered to receive notices at the following e-mail address: DRL@PBL-Law.com.

Dated: July 31, 2023
       Boca Raton, FL

Respectfully submitted,

**Daniel R. Levine**
DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-Mail:  DRL@PBL-Law.com
ALEX B.C. ERSHOCK, ESQ.
Florida Bar No. 100220
E-Mail:  ABE@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL   33431
Telephone:  (561) 544-8900
Attorneys for Defendants