UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A
EZ FOOD, KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR,
AND KEVIN CHUDGAR,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Alex B.C. Ershock, Esquire, and the firm of Padula Bennardo Levine, LLP, hereby serve this notice of appearance as counsel for Defendants and request the Clerk of the above-styled Court enter same, and further request that copies of all future pleadings, notices, correspondence and other papers and filings in this cause be directed to the undersigned attorney.

Dated: July 31, 2023  
       Boca Raton, FL

Respectfully submitted,

**Alex B.C. Ershock**
DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-Mail:  DRL@PBL-Law.com
ALEX B.C. ERSHOCK, ESQ.
Florida Bar No. 100220
E-Mail:  ABE@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL   33431
Telephone:  (561) 544-8900
Attorneys for Defendants