UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD, KISHANKUMAR G. CHUDGAR, AND KEVIN CHUDGAR,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Kimberly Turner, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as Plaintiff's lead counsel.

Respectfully submitted this 2nd day of August 2023,

                                    Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq.
                                    Fla. Bar No. 174742
                                    brian@fairlawattorney.com

FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*