UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD, KISHANKUMAR G. CHUDGAR, AND KEVIN CHUDGAR,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH FLSA SCHEDULING ORDER

Plaintiff Kimberly Turner notices the Court and all parties that she complied with the Court's FLSA Scheduling Order dated July 26, 2023, ECF No. 14, by the exchange of all documents in the possession, custody, or control that pertains to the unpaid wages claimed in the complaint.

Dated this 10th day of August 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com