UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR, AND
KEVIN CHUDGAR,

    Defendants.
_____/

## NOTICE OF MEDIATION

    Plaintiff, Kimberly Turner, notices the Court that the parties complied with the Court's FLSA Scheduling Order [ECF No. 14] and coordinated to conduct mediation with Carlos J. Burruezo, Esq., on September 19, 2023, commencing at 2:00 p.m.

    Dated this 15th day of August 2023.

                                                 s/Brian H. Pollock, Esq.
                                               Brian H. Pollock, Esq. (174742)
                                               brian@fairlawattorney.com
                                               FAIRLAW FIRM
                                               135 San Lorenzo Avenue
                                               Suite 770
                                               Coral Gables, FL 33146
                                               Tel:   305.230.4884
                                               *Counsel for Plaintiff*