UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KEVIN CHUDGAR, LLC, KISHANKUMAR G.
CHUDGAR, AND KEVIN CHUDGAR,

    Defendants.
_____/

## NOTICE OF MEDIATION

    Plaintiff, Kimberly Turner, notices the Court that the parties complied with the Court's FLSA Scheduling Order [ECF No. 14] and coordinated to conduct mediation with Carlos J. Burruezo, Esq., on October 2, 2023, commencing at 1:30 p.m. at Mr. Burruezo's office located at 5550 W. Executive Drive, Suite 250, Tampa, FL 33609.

    Dated this 18th day of August 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
