UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR, AND
KEVIN CHUDGAR,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DEFENDANT'S NONCOMPLIANCE WITH FLSA SCHEDULING ORDER

Plaintiff Kimberly Turner notices the Court and all parties that <u>Defendants failed to comply</u> with the Court's FLSA Scheduling Order dated July 26, 2023 [ECF No. 14]. Defendants failed to serve on the undersigned "All time sheets and payroll records in Defendants' possession, custody, or control that pertain to the work performed by Plaintiff during the time period for which Plaintiff claims unpaid wages." The undersigned contacted defense counsel about the failure to disclose the required materials timely but did not receive a response. Plaintiff cannot timely comply with the Court's Order to answer the Court's Interrogatories without the time and pay records in the Defendants' control.

1

Dated this 23rd day of August 2023.

                                                                     s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*