UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A
EZ FOOD, KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR,
AND KEVIN CHUDGAR,

    Defendants.
_____/

## **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE (ECF 25)**

Defendants, JAY LAKSHMI INC. D/B/A EZ FOOD, KEVIN CHUDGAR, LLC, KISHANKUMAR G. CHUDGAR, and KEVIN CHUDGAR, (collectively "Defendants"), file their response to this Court's order to show cause (ECF No. 25).

First, Defendants apologize to this Court and to opposing counsel for their delay in producing documents. Defendants are a small, family run convenience store that currently has few, if any, other employees outside of the individual defendants' immediate family. Any inadvertence with supplying records to Plaintiff is solely a result of their personal busyness, rather than any willful ignorance of court deadlines.

As soon as Defendants were made aware of the seriousness of the situation, as explained by undersigned counsel prior to and following this Court's orders, see ECF No. 14, ¶ 25 ("Due to the volume of cases based on the FLSA, **the Court expects strict**

**adherence to these deadlines**."; ECF No. 25), they conducted a thorough search of its records and compiled any relevant documents that could be found. Those documents were produced to Plaintiff's firm on August 24, 2023—the same day on which the show cause order was issued. Thus, Defendants acted with all due haste to correct their error.

Further, even though Defendants' production was admittedly late, it was not so late as to be prejudicial to Plaintiff or to interfere with any other Court-imposed deadlines. Defendants' production was provided double-digit days in advance of the next deadline. See ECF No. 14, ¶ 2 ("No later than **September 5, 2023**, Plaintiff shall answer the Court's Interrogatories under oath or penalty of perjury, serve a copy on Defendants, and file the answers with the Court entitled "Answers to Court's Interrogatories."). Further, Defendants have the same information they need to comply with *their* next obligation. See *id.*, ¶ 3 ("No later than fifteen days after Plaintiff files Answers to the Court's Interrogatories, Defendants shall serve on Plaintiff and file with the Court a Verified Summary of all hours worked by Plaintiff during each relevant pay period, the rate of pay and wages paid, including overtime pay, if any."). In other words, despite the brief delay, the parties are still on track for all other deadlines imposed by ECF No. 14.

Again, Defendants apologize to the Court for their brief delay in producing records and following the Court's deadlines.

Dated: August 25, 2023
       Boca Raton, FL

Respectfully submitted,

**Alex B.C. Ershock**
DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-Mail: DRL@PBL-Law.com
ALEX B.C. ERSHOCK, ESQ.
Florida Bar No. 100220
E-Mail: ABE@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL  33431
Telephone: (561) 544-8900
Attorneys for Defendants