UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

     Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR, AND
KEVIN CHUDGAR,

     Defendants.
_____/

## ANSWERS TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

    **Answer: Late August 2022 to April 19, 2023**

2. Who was your immediate supervisor?

    **Answer: Kevin Chudgar, Kishankumar G. Chudgar and Krupal Patel**

3. Did you have a regularly scheduled work period? If so, specify.

    **Answer: At first, I worked every day, from Monday to Friday, from 4:45 a.m. to 1 p.m. I picked up additional shifts on Saturdays and Sundays, from 7 a.m. to 1 p.m. In November of 2022, I started working six days per week.**

4. What was your title or position? Briefly describe your job duties.

    **Answer: I worked as a clerk.**

5. What was your regular rate of pay?

**Answer: $11.00 per hour**

6. What is the nature of your claim (check all that apply)?

__X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);

__X__ Misclassification (Defendant mistakenly classified you as exempt from over-time);

__X__ Miscalculation (Defendant failed to correctly calculate your compensation);

__X__ Other (please describe): violation of 26 U.S.C. §7434 by failing to report the cash the Defendants paid me.

7. Provide an accounting of your claim, including:

(a) dates worked: **Late August 2022 to April 19, 2023.**

(b) regular hours worked:

(c) over-time hours worked:

(d) pay received versus pay claimed:

(e) total amount claimed:

8. If you have brought this case as a collective action: **(N/A)**

(a) Describe the class of employees you seek to include in this action.

(b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
www.fairlawattorney.com

9. Specify all attorney's fees and costs incurred to date. With respect to attorney's fees, provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

**Answer:**

### COSTS

| Expense | Date | Amount |
|---|---|---|
| Filing Fee | June 14, 2023 | $402 |
| Service on Kishankumar Chudgar | July 13, 2023 | $129 |
| Service on Kevin Chudgar | July 13, 2023 | $129 |
| Service on Kevin Chudgar, LLC | July 13, 2023 | $129 |
| Service on Jay Lakshmi, Inc. | July 13, 2023 | $129 |
| Total | | $918 |

### FEES

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Brian H. Pollock, Esq. | $500 | 8.1 | $4,050 |
| Luna Alvey, Esq. | $400 | 0.5 | $200 |
| Steffany Sanguino (Paralegal) | $165 | 8.0 | $1,320 |
| Bridget Obando (Paralegal) | $150 | 3.1 | $465 |
| Total | | | $6,035 |

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

   **Answer: In September 2022, I complained about the long hours I was working and that I was not getting paid overtime wages.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

   **Answer: I complained orally to Kevin Chudgar, Krupal Patel & Tina**

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

12. What was your employer's response? (If a written response, please attach a copy).

**Answer: Kevin Chudgar said they were trying to find someone to cover part of my shift, to relax, and to rest once I got home.**

_Kimberly Turner (Sep 5, 2023 15:07 EDT)_
**Kimberly Turner**

STATE OF FLORIDA
COUNTY OF Dade

The foregoing instrument was acknowledged before me by means of ___ physical presence or ✓ online notarization, by Kimberly Turner , who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Court Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me by means of ___ physical presence or ✓ online notarization, on this 5 day of September, 2023.

NOTARY PUBLIC

STEFFANY SANGUINO
Notary Public-State of Florida
Commission # HH 196413
My Commission Expires
November 08, 2025

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
www.fairlawattorney.com