UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD, KISHANKUMAR G. CHUDGAR, AND KEVIN CHUDGAR,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH FLSA SCHEDULING ORDER

Plaintiff Kimberly Turner notices the Court and all parties that she complied with the Court's FLSA Scheduling Order dated July 26, 2023, ECF No. 14, by the exchange of all documents in the possession, custody, or control that pertains to the unpaid wages claimed in the complaint and Answers to Court's Interrogatories.

Dated this 5th day of September 2023.

                                            s/Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            **FAIRLAW FIRM**
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com