UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

v.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KISHANKUMAR G. CHUDGAR, AND
KEVIN CHUDGAR,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF STRIKING ECF NO. 28**

    Plaintiff, Kimberly Turner, notice the Court and all parties of the striking of ECF No. 28 as containing a scrivener's error.

    Dated this 5th day of September 2023.

                                    s/Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq. (174742)
                                    brian@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue
                                    Suite 770
                                    Coral Gables, FL 33146
                                    Tel: (305) 230-4884
                                    *Co-Counsel for Defendants*