UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 8:23-CV-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A EZ FOOD,
KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR, AND
KEVIN CHUDGAR,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Kimberly Turner, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 14th day of September 2023.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
