UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-01334-VMC-CPT

KIMBERLY TURNER,

    Plaintiff,

vs.

JAY LAKSHMI INC. D/B/A
EZ FOOD, KEVIN CHUDGAR, LLC,
KISHANKUMAR G. CHUDGAR,
AND KEVIN CHUDGAR,

    Defendants.
_____/

**MOTION FOR EXTENSION OF TIME**
**TO FILE SETTLEMENT DOCUMENTS**

Defendants, JAY LAKSHMI INC. D/B/A EZ FOOD, KEVIN CHUDGAR, LLC, KISHANKUMAR G. CHUDGAR, and KEVIN CHUDGAR, (collectively "Defendants"), move for an extension of time to file settlement documents (ECF No. 33).

1. This is a two-count complaint for allegedly unpaid overtime under the FLSA (Count I) and for an alleged violation of 26 U.S.C. § 7434 (Count II).

2. On or about September 14, 2023, the parties agreed in principle on settlement. See ECF No. 32 ("Plaintiff, Kimberly Turner, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.").

3. The next day, this Court entered an Endorsed Order directing the parties to file their settlement documents by motion for approval on or before September 25, 2023. See ECF No. 33 ("The Court notes that, in the Eleventh Circuit, any settlement reached between the parties in an FLSA action is subject to judicial scrutiny of the terms of the settlement agreement….Accordingly, the parties shall file their motion for Court approval of the settlement agreement by September 25, 2023.").

4. The parties need more time to finalize the settlement agreement. The parties have yet to agree on some language in the settlement agreement related to non-monetary terms.

5. Over the 10 days since the parties agreed to settle, undersigned counsel has taken an all-day deposition (on September 20) and defended an all-afternoon one (on September 22). In addition, prior to filing this motion on September 25, undersigned counsel attended a court-ordered settlement conference with one of this Court's colleagues.

6. Undersigned counsel also has had extensive obligations outside of the office relating to his daughter's forthcoming birth and has not had the time he might normally have to dedicate to work. This also required him to find coverage for all his other matters while he will be out of the office on a parental leave.

7. Finally, when Defendants' counsel proposed to extend the time to file settlement paperwork, Plaintiff's counsel advised he would not be in the office today.

8. As such, Defendants request an extension of time up to and including **October 6, 2023**, to finalize the settlement paperwork. This request is not made for

purposes of delay, but simply to allow a brief amount of extra time to complete the settlement paperwork.

9. No party will be prejudiced by this extension. It is made in good faith as a balance of needing extra time to finalize the settlement documents in preparation for a *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) fairness hearing, but not so long as to unduly prejudice Plaintiff's right to receive the settlement agreed to.

WHEREFORE, Defendants respectfully request that this Court grant its motion and extend the deadline to file settlement paperwork up to and including **October 6, 2023**.

## Local Rule 3.01(g) Certification

Undersigned counsel hereby certifies that he conferred with opposing counsel, Brian Pollock, by email on September 22, 2023, as set forth above, to discuss the issues contained in this motion. As stated, the undersigned counsel was in deposition at the time Plaintiff's counsel emailed him on September 22, which he made known to Plaintiff's counsel. In that email, Plaintiff's counsel advised undersigned counsel that he would not be available on September 25. Before returning to his deposition, undersigned counsel offered to file a motion for extension of time to complete settlement. Plaintiff's counsel stated that he did not agree to move the deadline. Therefore, the relief requested is **opposed**.

Dated: September 25, 2023
      Boca Raton, FL

Respectfully submitted,

**Alex B.C. Ershock**
DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-Mail:  DRL@PBL-Law.com
ALEX B.C. ERSHOCK, ESQ.
Florida Bar No. 100220
E-Mail:  ABE@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL   33431
Telephone:   (561) 544-8900
Attorneys for Defendants